# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY T. WHITEHEAD,<br><br>    Petitioner,<br><br>v.<br><br>McDONALD, Warden,<br><br>    Respondent. | Case No. ED CV 12-0805 GAF (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Opposition to Respondent's Motion to Dismiss, Petitioner's Objections to the Report and Recommendation, and the remaining record.[1]

There is nothing in Petitioner's Objections that would excuse Petitioner's failure to exhaust his state court remedies.  As such, the Court finds that the

---

[1] On January 16, 2013, the Magistrate Judge denied as untimely Petitioner's motion for an extension of time to file his Opposition. [Dkt. No. 32.] On February 4, 2013, Petitioner filed a "Motion to Proceed and Opposition to Motion to Dismiss." [Dkt. No. 36.] Nonetheless, to the extent Petitioner addresses exhaustion of his state court remedies, Petitioner raises the same arguments in both his Opposition and Objections. Accordingly, the Court need only address Petitioner's Objections herein.

Objections lack merit for the reasons set forth in the Report and Recommendation.

Furthermore, to the extent that Petitioner's Objections include a request for an evidentiary hearing, Petitioner's request is denied. *See Cullen v. Pinholster*, 131 S.Ct. 1388, 1398 (2011); *Schriro v. Landrigan*, 550 U.S. 465, 474 (2007) ("[I]f the record refutes the applicant's factual allegations or otherwise precludes habeas relief, a district court is not required to hold an evidentiary hearing.").

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action without prejudice;
3. All pending motions are denied as moot and terminated; and
4. The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of appealability.

DATED: March 4, 2013

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE