# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY T. WHITEHEAD,<br><br>               Petitioner,<br><br>      v.<br><br>McDONALD, Warden,<br><br>               Respondent. | Case No. ED CV 12-0805 GAF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 4, 2013

*/s/ Gary Feess*
_____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE